# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**ANIBAL HERNANDEZ**                                              **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 1:09-cv-383-HSO-JMR**

**MIKE BYRD**                                                   **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause be, and hereby is, dismissed without prejudice, pursuant to FED.R.CIV.P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 16th day of November, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE